IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANGELA I. TERRY**                                                                                              **PLAINTIFF**

**v.**                      **CASE NO. 4:15CV00348 BSM**

**EAN HOLDINGS LLC**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the orders entered granting summary judgment [Doc. Nos. 66, 77], the claims brought by plaintiff Angela Terry are dismissed with prejudice and the case is closed.

IT IS SO ORDERED this 25th day of January 2017.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE